# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO.** C 07-06145 JCS

**CASE NAME:** RODNEY J. QUIGLEY v. COX COMMUNICATIONS, INC.

**MAGISTRATE JUDGE JOSEPH C. SPERO**            **COURTROOM DEPUTY:** Karen Hom

**DATE:** March 14, 2008        **TIME:** 1 min        **COURT REPORTER:** FTR 2:40-2:41

**COUNSEL FOR PLAINTIFF:**                      **COUNSEL FOR DEFENDANT:**
No appearance                                    No appearance

---

**PROCEEDINGS:**                                 **RULING:**

1. Case Management Conference                    Not Held.

**ORDERED AFTER HEARING:**

Order to Show Cause to issue for failure to appear as ordered by the Court and for failure to prosecute.

**ORDER TO BE PREPARED BY:**     ( ) Plaintiff    ( ) Defendant    (X) Court

**CASE CONTINUED TO:** 03/28/08 at 1:30 p.m., for Show Cause Hearing and case management conference.

| Number of Depos: | Number of Experts: | Discovery Cutoff: |
|---|---|---|
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:** at 9:30 a.m. | | **Pretrial Conference:** at 1:30 p.m. |

**Trial Date:**         at 8:30 a.m.   ( )Jury   ( )Court   Set for   days

cc:    Chambers; Karen
* (T) = Telephonic Appearance