```
 1  Rodney J. Quigley, Pro per
    164 Valdivia Circle
 2  San Ramon, CA 94583
    (925) 355-1681
 3
```



```
 4              UNITED STATES DISTRICT COURT

 5              NORTHERN DISTRICT OF CALIFORNIA

 6                              | Case Number: C07-06145 JCS
 7  RODNEY J. QUIGLEY           | REQUEST FOR VOLUNTARY DISMISSAL
                                | [FRCP RULE 41(a)(1)(A)]
 8  Plaintiff,                  |
                                | Before: Hon. Joseph C. Spero
 9      vs.                     | Hearing Date: N/A
10  COX COMMUNICATIONS, et al,  |
11  Defendants                  |
12
13  TO THE CLERK OF THE COURT:
14      Plaintiff Rodney J. Quigley requests that the clerk dismiss
15  the above entitled action under [FRCP Rule 41(a)(1)(A)(i)] as to
16  all remaining defendants.
17      To date, no defendant has answered or filed a motion for
18  summary judgment in this action.  Accordingly, this request is
19  proper.
20  Date: March 13, 2008
21                                          Rodney J. Quigley
22  ::
23  ::
24  ::
25  ::
```

Motion for Dismissal                - 1 -                Quigley v. Cox
3/13/2008                                              Case# C07-06145 JCS